IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DAVID SHAWN GARNETT                                                      PLAINTIFF


        v.                                    CIVIL NO. 04-5155


JO ANNE B. BARNHART, Commissioner
Social Security Administration                                          DEFENDANT

## O R D E R

Now on this 24th day of August, 2005, comes on for consideration the Complaint filed

by the plaintiff herein, requesting judicial review of the denial of period of disability and

disability insurance benefits and supplemental security insurance benefits by the Commissioner

of the Social Security Administration (Doc. #1). See *42 U.S.C. §405(g).*

The Court finds that the interests of justice would be best served by transferring this case

to the United States District Court, District of Idaho. Venue would be proper in the District of

Idaho, as plaintiff was a resident of Pocetello, Idaho, when his Complaint was filed. *See* 28

U.S.C. § 1406(a)(allowing district court to transfer case which has been filed in the incorrect

district to transfer the case to the district where it could have been brought); 42 U.S.C. § 405(g).

The Clerk of Court is directed to TRANSFER PLAINTIFF'S ENTIRE CASE FILE to

the United States District Court, District of Idaho, 550 West Fork Street, Boise, Idaho, 83724.

IT IS SO ORDERED.


                                        /s/ Beverly Stites Jones
                                        HON. BEVERLY STITES JONES
                                        UNITED STATES MAGISTRATE JUDGE